

# Fourth Court of Appeals
## San Antonio, Texas

July 18, 2019

No. 04-19-00455-CV

**IN THE INTEREST OF Y.M., ET AL CHILDREN**,
Appellant

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-00111
The Honorable Monique Diaz, Judge Presiding

# O R D E R

Sachiko Nagao's notification of late record is hereby NOTED. The reporter's record is due on or before July 29, 2019.

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of July, 2019.

Keith E. Hottle,
Clerk of Court